UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:22-cv-01435-SSS-kkx | Date | January 17, 2024 |
|---|---|---|---|
| Title | Mary Lou A. Roa, et al. v. Nissan North America, Inc. | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO FILE REQUIRED TRIAL FILINGS.**

On February 7, 2023, the Court issued the Civil Trial Order requiring the parties to submit two rounds of trial filings. [Dkt. 19]. The first round of trial filings was due on December 29, 2023, and the second was due on January 12, 2024. As of this date, the parties have failed to file either round of trial filings.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why this Court should not dismiss this case for lack of prosecution. *See* Fed. R. Civ. P. 41(b). Additionally, both parties are **ORDERED TO SHOW CAUSE** why this Court should not impose sanctions in the amount of $250 for their failure to comply with the Civil Trial Order and otherwise communicate with the Court. The parties must file a written response to this order in writing by no later than **Monday, January 22, 2024**.

**IT IS SO ORDERED.**