**QUILL & ARROW, LLP**
Kevin Y. Jacobson (SBN 320532)
kjacobson@quillarrowlaw.com
Allen Amarkarian, Esq. (SBN 319117)
aamarkarian@quillarrowlaw.com
e-service@quillarrowlaw.com
10900 Wilshire Boulevard, Suite 300
Los Angeles, CA 90024
Telephone: (310) 933-4271
Facsimile: (310) 889-0645

Attorneys for Plaintiffs, **MARY LOU A. ROA AND PRISCILLA D. RAMIREZ**

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Scott D. Sharp (SBN 334782)
Scott.Sharp@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant, **NISSAN NORTH AMERICA, INC.**

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LOU A. ROA, an individual, and PRISCILLA D. RAMIREZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: <u>5:22−cv−01435-SSS-KK</u><br><br>*Assigned to the Hon. Judge Sunshine Suzanne Sykes in Courtroom 2*<br><br>*Magistrate Judge Kenly Kiya Kato in Courtroom 3 or 4*<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Lawsuit Filed: April 29, 2022<br>Trial Date: February 12, 2024 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs, **MARY LOU A. ROA AND PRISCILLA D. RAMIREZ**, and Defendant, **NISSAN NORTH AMERICA, INC.**, (the "Parties"), jointly, write to advise this Court that they have settled this matter. The Parties request that the Court vacate any upcoming hearings and deadlines while the performance of the settlement terms is pending.

Once all terms of the settlement are completed and payment is received by Plaintiffs and after payment of Plaintiffs' attorneys' fees, costs, and expenses, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

DATED: January 22, 2024     **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: *[signature]*
Scott D. Sharp, Esq.
Attorneys for Defendant,
**NISSAN NORTH AMERICA, INC.**

DATED: January 22, 2024     **QUILL & ARROW, LLP**

By: */s/Allen Amarkarian*
Kevin Y. Jacobson, Esq.
Allen Amarkarian, Esq.
Attorneys for Plaintiffs,
**MARY LOU A. ROA AND PRISCILLA D. RAMIREZ**