UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:22-cv-01435-SSS-kkx | Date | January 24, 2024 |
|---|---|---|---|
| Title | Mary Lou A. Roa, et al. v. Nissan North America, Inc. | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER DISCHARGING JANUARY 17, 2024 OSC [DKT. 21] & SETTING OSC HEARING RE: SETTLEMENT

On January 17, 2024, this Court issued an Order to Show Cause ("OSC") for the parties' failure to file the required trial filings. [Dkt. 21]. Pursuant to the OSC, the parties were directed to file a written response no later than January 22, 2024. On January 22, 2024, the parties filed their respective Declarations and a Joint Notice of Settlement. [ Dkt. 23].

In view of the Declarations and Notice of Settlement, the Court hereby **DISCHARGES** the January 17, 2024 OSC. The Court further **VACATES** the Final Pretrial Conference on January 26, 2024, and Jury Trial on February 12, 2024.

The Court further **SETS** an Order to Show Cause hearing regarding status of the settlement on **April 26, 2024, at 1:00 p.m., via video conference**. If counsel file a Stipulation of Dismissal prior to the hearing, the Court may vacate the OSC hearing.

**IT IS SO ORDERED.**