JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY LOU A. ROA, an individual, and PRISCILLA D. RAMIREZ, an individual,<br><br>          Plaintiffs,<br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>          Defendant. | Case No.: 5:22−cv−01435-SSS-DTBx<br><br>*Assigned for all purposes to the Hon. Sunshine Suzanne Sykes and Magistrate Judge David T. Bristow*<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, and the Court continues to retain jurisdiction over this action for ninety (90) days to allow the Parties to enforce the terms of the settlement agreement.

The Court further VACATES the OSC Hearing scheduled for May 3, 2024.

The Clerk is DIRECTED to close this action.

**IT IS SO ORDERED.**

DATE: April 29, 2024          By: _____
                                   SUNSHINE S. SYKES
                                   U.S. DISTRICT COURT JUDGE